Brad Arthur Bartlett, University of Denver Sturm School of Law Environmental Law Clinic, Denver, CO, Matt Kenna, Durango, CO, Walton Davis Morris, Jr., Morris Law Office PC, Charlottesville, VA, Howard M. Shanker, The Shanker Law Firm PLC, Tempe, AZ, for Plaintiffs–Appellants.

Paul A. Bullis, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee.

Before: GOULD and WATFORD, Circuit Judges and OLIVER,* Chief District Judge.

ORDER

The mandate that issued on March 23, 2015 is recalled. The parties' joint motion to dismiss the appeal, CM–ECF 44, is GRANTED and the appeal is DISMISSED. Because a live controversy existed when we rendered our opinion, and

* The Honorable Solomon Oliver, Jr., Chief District Judge for the U.S. District Court for the

its precedent may provide guidance to the involved agency or to parties or other panels in future cases, the panel exercises its discretion not to vacate the opinion filed January 26, 2015. *U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship*, 513 U.S. 18, 115 S.Ct. 386, 130 L.Ed.2d 233 (1994). The mandate shall reissue forthwith.

**Bryant Keith WILLIAMS, Petitioner–Appellant,**

v.

**Gary SWARTHOUT, Warden, Respondent–Appellee.**

No. 11–57255.

United States Court of Appeals, Ninth Circuit.

Aug. 18, 2015.

Bryant Keith Williams, Susanville, CA, pro se.

Corey Jonathan Robins, I, Esquire, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: STEPHEN REINHARDT, JOHN T. NOONAN, and MARY H. MURGUIA, Circuit Judges.

ORDER

The opinion filed on October 23, 2014, and appearing at *Williams v. Swarthout*, 771 F.3d 501 (9th Cir.2014), is withdrawn.

Northern District of Ohio, sitting by designation.

The superseding memorandum will be filed concurrently with this order. The parties may file additional petitions for rehearing or rehearing en banc.